LAW OFFICES OF CHRISTIAN J. GARRIS  
CHRISTIAN J. GARRIS  SBN 175808  
633 West Fifth Street, 28th Floor  
Los Angeles, California 90017  
Telephone: (213) 624-2900  
Facsimile: (213) 624-2901  
Email: cjg@christiangarris.com  

E-FILED 06.20.12.  **JS-6**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEL BACHRACH, an individual, and RYAN BACHRACH, an individual; <br><br>     Plaintiffs, <br><br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA; and DOES 1-10, inclusive; <br><br>     Defendants. | Case No. CV11-01117 MMM (Ex) <br><br> **ORDER RE DISMISSAL** <br><br> Judge:  Hon. Margaret M. Morrow <br> Ctrm.:  780 (Roybal) |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 20, 2012_____       By:___*Margaret M. Morrow*___

                                                            Hon. Margaret M. Morrow

                                                            United States District Judge

**Order**