| | | |
|---|---|---|
| 1 | LAW OFFICES OF CHRISTIAN J. GARRIS | E-FILED 06.20.12.  **JS-6** |
| 2 | CHRISTIAN J. GARRIS  SBN 175808<br>633 West Fifth Street, 28th Floor | |
| | Los Angeles, California 90017 | |
| 3 | Telephone: (213) 624-2900<br>Facsimile: (213) 624-2901 | |
| 4 | Email: cjg@christiangarris.com | |
| 5 | Attorneys for Plaintiffs | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEL BACHRACH, an individual, and RYAN BACHRACH, an individual; | Case No. CV11-01117 MMM (Ex)<br>**ORDER RE DISMISSAL** |
| Plaintiffs, | Judge:   Hon. Margaret M. Morrow<br>Ctrm.:   780 (Roybal) |
| vs. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA; and DOES 1-10, inclusive; | |
| Defendants. | |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 20, 2012_____        By:___*Margaret M. Morrow*___

Hon. Margaret M. Morrow

United States District Judge

**Order**